# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BUDICAK, INC., BLUE MARLIN ARBITRAGE, and PRIME TRADING, LLC, on behalf of themselves and all others similarly situated, </br></br> Plaintiffs, </br></br> v. </br></br> LANSING TRADE GROUP, LLC, CASCADE COMMODITY CONSULTING, LLC, and JOHN DOES NOS. 6-10, </br></br> Defendants. | Case No. 18 C 4966 </br></br> Judge Edmond E. Chang |

## DEFENDANT LANSING TRADE GROUP'S
## MOTION TO STRIKE AND MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12 and 23, Defendant Lansing Trade Group, LLC respectfully moves the Court to enter an order dismissing plaintiffs' amended class action complaint (Dkt. No. 37) with prejudice or striking the proposed class period and confining it to March 6-31, 2015. In support of this motion, Kraft submits the accompanying Memorandum of Law attached as Exhibit A to its concurrently-filed Motion for Leave to File an Oversized Brief.

Dated: November 16, 2018

Respectfully submitted,

LANSING TRADE GROUP, LLC

/s/ J. Kevin McCall

J. Kevin McCall
Nicole A. Allen
Thomas E. Quinn
Kevin J. Murphy
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350

*Attorneys for Defendant Lansing Trade Group, LLC*